UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVE MADDEN, LTD.,

                              Plaintiff,

             -against-

DOLCE VITA FOOTWEAR, INC., VAN LAMPROU
and NICK LUCIO, JOHN DOE, INC. 1-10 and JOHN
DOE 1-10,

                              Defendants.

06 CV 6904(VM)

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Dolce Vita Footwear, Inc. (a private non-governmental party) certifies that Dolce Vita Footwear, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated:     October 2, 2006

                                                 CHADBOURNE & PARKE LLP

                                                 By_____
                                                    Jerome C. Katz (JK 0850)
                                                30 Rockefeller Plaza
                                                New York, New York  10112
                                                (212) 408-5100

                                                Attorneys for Defendants Dolce Vita
                                                Footwear, Inc., Van Lamprou and Nick
                                                Lucio